cause for dismissal was established and modification was not appropriate.

We find that under the circumstances in this case, Toth's intentional alteration of payroll records, as Chief of Personnel Services, constitutes just cause for dismissal and that the Civil Service Commission erred as a matter of law by reinstating Toth. The order of the Commonwealth Court is hereby affirmed.

*ORDER*

PER CURIAM.

Based upon our disposition in *Commonwealth v. Williams*, 557 Pa. 285, 733 A.2d 593 (1999), we affirm the Order of the Centre County Court of Common Pleas dated February 16, 1999. Furthermore, we remand the matter to the Superior Court for disposition of any remaining issues.

Jurisdiction is relinquished.

**Julian HEICKLEN, Appellant,**

v.

**PENNSYLVANIA BOARD OF ELECTIONS, Appellee.**

Supreme Court of Pennsylvania.

Submitted March 20, 2000.

Decided March 30, 2000.

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Clayton J. SROCK, Appellee.**

Supreme Court of Pennsylvania.

Submitted Nov. 1, 1999.

Decided March 28, 2000.

J. Karen Arnold, Asst. Dist. Atty., for Com.

Deborah Lux, 1st Asst. Public Defender, for Clayton J. Srock.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

Julian Heicklen, pro se.

Lisa Wojdak Basial, Office of Atty. Gen., for Com.

Before ZAPPALA, CAPPPY, CASTILE, NIGRO, NEWMAN and SAYLOR, JJ.